**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**FILED**

August 28, 2014

Lyle W. Cayce
Clerk

————

No. 12-10544

————

ERICA P. JOHN FUND, INCORPORATED, formerly known as Archdiocese of Milwaukee Supporting Funds, Inc., On Behalf of Itself and All Others Similarly Situated,

Plaintiff-Appellee,

v.

HALLIBURTON COMPANY,

Defendant-Appellant.

_____

LORI A. RUSSO, On Behalf of Herself and All Others Similarly Situated,

Plaintiff

v.

HALLIBURTON COMPANY; DAVID J. LESAR,

Defendants-Appellants,

_____

ERNEST HACK, On Behalf of Himself and All Others Similarly Situated,

Plaintiff

HALLIBURTON COMPANY; DAVID J. LESAR,

Defendants-Appellants,

_____

No. 12-10544

POLAR INVESTMENT CLUB, On Behalf of Itself and All Others Similarly Situated,

Plaintiff

v.

HALLIBURTON COMPANY; DAVID J. LESAR,

Defendants-Appellants

_____

Appeal from the United States District Court
for the Northern District of Texas

_____

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before DAVIS, GRAVES and HIGGINSON, Circuit Judges.

PER CURIAM:

This case returns to us on remand from the Supreme Court, No. 13-317, *Halliburton Co., et al. v. Erica P. John Fund, Inc., fka Archdiocese of Milwaukee Supporting Fund, Inc.* following the Court's grant of a *Writ of Certiorari* to consider our affirmance of the district court's judgment. The Supreme Court reversed our judgment and remanded this case to us for further proceedings consistent with the opinion of the Court. Accordingly, we VACATE the district court judgment. We REMAND this case to the District Court for the Northern District of Texas for further proceedings consistent with the Supreme Court's opinion.